No. 96–545.  SMITH v. REGIONAL TRANSPORTATION DISTRICT ET AL., *ante*, p. 1021;

No. 96–5242.  HAMILTON v. UNITED STATES, *ante*, p. 994;

No. 96–5520.  MASSENGALE v. MILLS, WARDEN, *ante*, p. 934;

No. 96–5702.  PARHAM v. PEPSICO, INC., *ante*, p. 953;

No. 96–5826.  HAYNES v. SOUTH CAROLINA ET AL., *ante*, p. 939;

No. 96–5906.  SORBET v. WORKERS' COMPENSATION APPEALS BOARD ET AL., *ante*, p. 983;

No. 96–5978.  FORT v. HAILEY ET AL., *ante*, p. 996;

No. 96–5985.  BLANDINO v. LINDLER ET AL., *ante*, p. 996;

No. 96–6027.  JOHNSON v. HILL, WARDEN, *ante*, p. 996;

No. 96–6090.  PARTEE v. PASTRICK ET AL., *ante*, p. 1012;

No. 96–6129.  YUAN JIN v. TEMPLE UNIVERSITY ET AL., *ante*, p. 1013;

No. 96–6165.  PIZZO v. JEFFERSON PARISH SHERIFF'S OFFICE ET AL., *ante*, p. 1014;

No. 96–6190.  SLAPPY v. VANMETER ET AL., *ante*, p. 1014; and

No. 96–6290.  RAWLINS v. ALLEN, CLERK, SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY, ET AL., *ante*, p. 1016.  Petitions for rehearing denied.

No. 95–9201.  BIERLEY v. WALTERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MERCER, *ante*, p. 843;

No. 95–9396.  BUZEA v. STANHOPE HOTEL, *ante*, p. 854; and

No. 96–232.  DUBIN v. UNITED STATES, *ante*, p. 872.  Motions for leave to file petitions for rehearing denied.

## JANUARY 22, 1997

No. 96–7214 (A–523).  GREENAWALT v. ARIZONA.  Super. Ct. Ariz., Yuma County.  Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.  Certiorari denied.

No. 96–7573 (A–520).  GREENAWALT v. ARIZONA.  Sup. Ct. Ariz.  Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.  Certiorari denied.

No. 96–7577 (A–521).  GREENAWALT v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Application for stay of execution of sentence of death, presented

to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

JANUARY 23, 1997

No. 96–7584 (A–524). GREENAWALT v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this application and this petition.

JANUARY 28, 1997

No. 96–7635 (A–535). SCHNEIDER v. MISSOURI. Sup. Ct. Mo. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

FEBRUARY 6, 1997

No. 96–7691 (A–545). GEORGE v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

FEBRUARY 7, 1997

No. 96–270. AMCHEM PRODUCTS, INC., ET AL. v. WINDSOR ET AL. C. A. 3d Cir. [Certiorari granted, ante, p. 957.] Motions of Douglas Laycock et al. and Asbestos Victims of America for leave to file briefs as amici curiae granted. Motion of respondents Aileen Cargile et al. for divided argument denied. JUSTICE O'CONNOR took no part in the consideration or decision of these motions.

FEBRUARY 18, 1997

No. 96–669. DUPREE ET AL. v. MOORE, ATTORNEY GENERAL OF MISSISSIPPI, ET AL. Affirmed on appeal from D. C. S. D. Miss.